IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAIME CRITCHFIELD,
    Plaintiff,

v.                                    No:   3:08cv32/RV/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 5, 2009. The plaintiff has been furnished a copy of the report and recommendation and has had an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner is REVERSED, the Commissioner is ordered to compute and pay benefits due to plaintiff on or after April 6, 2004, the clerk shall enter judgment in favor of the plaintiff and close the file.

    DONE AND ORDERED this 10th day of March, 2009.

                                    /s/ _Roger Vinson_
                                    ROGER VINSON
                                    SENIOR UNITED STATES DISTRICT JUDGE